UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA M. LAWRENCE, | ) | Civil No. 1:14-cv-01027-CBK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| FEATHERLITE, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys, that the above-entitled action may be dismissed on its merits, with prejudice and without costs to either party.

Dated this 10th day of August, 2015.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Barbara Anderson Lewis
Attorneys for Defendant
PO Box 8250
Rapid City, SD  57709-8250
605-342-2592
blewis@lynnjackson.com

Dated this 10th day of ~~July~~ August, 2015.

        COSTELLO, PORTER, HILL, HEISTERKAMP,
        BUSHNELL & CARPENTER, LLP

        By: _____
        Ms. Heather Lammers Bogard
        Attorneys for Plaintiff
        704 St. Joseph Street
        PO Box 290
        Rapid City, SD 57709-0290
        hbogard@costelloporter.com